**Fill in this information to identify the case:**

Debtor name: **RVFW LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **25-40609 btr**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **29,360,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ **124,927.09**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **29,484,927.09**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **10,877,087.42**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **5,935.52**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **733.95**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b       $ **10,883,756.89**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RVFW LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **25-40609 btr** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 6569 | $124,927.09 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.** | | | | **$124,927.09**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

| Debtor | **RVFW LLC** | Case number *(If known)* **25-40609 btr** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements located at 7100 Cross Timbers Road, Denton County, Flower Mound, TX 75022** | Fee Simple | $9,500,000.00 | Appraisal | $29,360,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.               $29,360,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **RVFW LLC** | Case number *(If known)* **25-40609 btr** |
|---|---|---|
| | Name | |

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **RVFW LLC**
Name

Case number *(If known)* **25-40609 btr**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $124,927.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $29,360,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $124,927.09 | + 91b. $29,360,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $29,484,927.09 |

**Fill in this information to identify the case:**

Debtor name: **RVFW LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **25-40609 btr**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Knight Family Ventures, LLC**<br>Creditor's Name<br>Attn: Rob Knight<br>3451 Serendipity Hills Trail<br>Corinth, TX 76210<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/27/2022**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Radbourne Family Holdings FM LLC | **Describe debtor's property that is subject to a lien**<br>**Real property and improvements located at 7100 Cross Timbers Road, Denton County, Flower Mound, TX 75022**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,732,037.12 | $24,000,000.00 |
| **2.2** **Radbourne Family Holdings FM LLC**<br>Creditor's Name<br>c/o Tyler Radbourne<br>2140 Southlake Boulevard, Suite L-203<br>Southlake, TX 76092<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Real property and improvements located at 7100 Cross Timbers Road, Denton County, Flower Mound, TX 75022**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $145,050.30 | $29,360,000.00 |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor | **RVFW LLC** | Case number (if known) | **25-40609 btr** |
|---|---|---|---|
| | Name | | |

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Knight Family Ventures, LLC

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $10,877,087.42

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Knight Family Ventures, LLC**<br>Attn: Greg Turner<br>Walker & Doepfner, PLLC<br>16479 Dallas Parkway, Suite 500<br>Addison, TX 75001 | Line **2.1** | |
| **Munsch Hardt Kopf & Harr, P.C.**<br>Attn: Michael B. Franklin<br>500 N. Akard Street, Suite 4000<br>Dallas, TX 75201-6605 | Line **2.1** | |
| **Phelps Dunbar LLP**<br>Attn: Joe Reimer<br>Wells Fargo Tower<br>201 Main Street, Suite 1350<br>Fort Worth, TX 76102 | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **RVFW LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **25-40609 btr**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address: **Delaware Division of Corporations, 401 Federal Street, Suite 4, Dover, DE 19901** <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **NOTICE ONLY** <br><br> Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address: **Denton County Tax Assessor/Collector, P O Box 90223, Denton, TX 76202** <br><br> Date or dates debt was incurred: **2023** <br> Last 4 digits of account number: <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Property Taxes** <br><br> Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | $5,935.52 | $0.00 |

| Debtor | RVFW LLC | Case number (if known) | 25-40609 btr |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

### 2.4

**Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
Revenue Acctg Div - Bankruptcy Section
P. O. Box 13528
Austin, TX 78711-3528

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

### 2.5

**Priority creditor's name and mailing address**
Texas Workforce Commission
TWC-Regulatory Integrity Div.
101 E. 15th Street
Austin, TX 78778-0001

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

### 2.6

**Priority creditor's name and mailing address**
United States Attorney's Offices
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | RVFW LLC | Case number (if known) | 25-40609 btr |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>CoServe<br>Denton County Electric Cooperative, Inc.<br>P O. Box 734803<br>Dallas, TX 75373-4803<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utilities<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $733.95 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ES Management<br>2140 E. Southlake Boulevard, Suite L-203<br>Southlake, TX 76092<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Operating expenses<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Reginitech LLC<br>P O Box 1526<br>Whitefish, MT 59937<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5,935.52 |
| 5b. Total claims from Part 2 | 5b. + | $ 733.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,669.47 |

**Fill in this information to identify the case:**

Debtor name: **RVFW LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **25-40609 btr**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Agricultural Land Lease** | |
| State the term remaining: **2 years, 10 months** | **Ag Partners, Inc.**<br>**Attn: Charlie Haynes**<br>**405 N. Oak Street**<br>**Roanoke, TX 76262** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **RVFW LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known): 25-40609 btr

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Ecostream LLC** | c/o Tyler Radbourne<br>2140 E. southlake Boulevard, Suite L-203<br>Southlake, TX 76092 | **Knight Family Ventures, LLC** | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Tyler Radbourne** | 7400 Cross Timbers<br>Flower Mound, TX 75022 | **Knight Family Ventures, LLC** | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |