**Fill in this information to identify the case:**

Debtor name **RVFW LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **25-40609 btr**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/22/2025

x  Signed by:
TYLER RADBOURNE
C73B1BE7C74C423...
Signature of individual signing on behalf of debtor

**Tyler Radbourne**
Printed name

**Manager**
Position or relationship to debtor

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | **RVFW LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **25-40609 btr** |

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $   **29,360,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $   **30,755.41**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $   **29,390,755.41**

---

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **10,877,087.42**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $   **5,935.52**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   **367,339.28**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b          $   **11,250,362.22**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RVFW LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **25-40609 btr** |

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | 9218 | $30,755.41 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $30,755.41 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

| Debtor | **RVFW LLC** | Case number *(If known)* **25-40609 btr** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements as set out on Schedule A.55 attached hereto.** | Fee Simple | $9,500,000.00 | Appraisal | $29,360,000.00 |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

| | |
|---|---|
| | $29,360,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

Debtor    **RVFW LLC**_____      Case number *(If known)*  **25-40609 btr**
          Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **RVFW LLC**                                          Case number *(If known)*  **25-40609 btr**
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,755.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $29,360,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,755.41 | + 91b. $29,360,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,390,755.41 |

Schedule A.55



# Denton Central Appraisal District
DENTON COUNTY, TEXAS

Home    Online Services ›    Reports    Forms    News    Resources ›    About ›    Meetings

## Property Search

Compound Text Search ▾    Invision Development FM West    2025

| SEQ | Year | PropID | Type | GEO ID | Ref ID | Tax Office ID | Owner Name | ARB Hearing | Property Address | City | Legal D... |
|-----|------|--------|------|--------|--------|---------------|------------|-------------|------------------|------|-----------|
| 1 | 2025 | 37383 | R | A1462A-000-0001-0000 | 354868 | A1462A-000-0001-0000 | INVISION DEVELOPMENT FM WEST LLC | | PORTER RD | FLOWER MOUND | A1462A-H...C |
| 2 | 2025 | 37292 | R | A1698A-000-0002-0000 | 354892 | A1698A-000-0002-0000 | INVISION DEVELOPMENT FM WEST LLC | | 7100 CROSS TIMBERS RD | FLOWER MOUND | A1698A-T &... |
| 3 | 2025 | 160700 | R | A1462A-000-0002-000A | 231563 | A1462A-000-0002-000A | INVISION DEVELOPMENT FM WEST LLC | | 7420 CROSS TIMBERS RD | FLOWER MOUND | A1462A-H...C |
| 4 | 2025 | 565720 | R | SD42S8A-000000-0000-0001-0000 | | SD42S8A-000000-0000-0001 | INVISION DEVELOPMENT FM WEST LLC | | 7007 HAWK RD | FLOWER MOUND | CUMMINGS... |
| 5 | 2025 | 232718 | R | A1414A-000-0005-000A | 330078 | A1414A-000-0005-000A | INVISION DEVELOPMENT FM WEST LLC | | | FLOWER MOUND | A1414A J W... |

20   Per Page

1

---

**Chief Appraiser:**
Don Spencer

**Deputy Chief of Appraisal:**
Chris Littrell

**Deputy Chief of Administration:**
Jeanne M. Ashlock

**TLO:** Daniel Gonzalez
Contact TLO

**Phone:**
(940) 349-3800

**Email:**
info@dentoncad.com

**Address:**
3911 Morse Street Denton, TX 76208

View Business Hours

Tell Us About Your DCAD Experience

Copyright Denton Central Appraisal District. All rights reserved.

# Subject Photographs



Aerial View (Source: Property Contact)

# GENERAL INFO

## ACCOUNT

Property ID: 37812
Geographic ID: A1462A-000-0001-0000
Type: R
Zoning:
Agent: Haynes Tax and Consulting LLC
Legal Description: A1462A H. CAMPBELL, LOT 1, 41.3193 ACRES, OLD DCAD TR# 1,2

Property Use:

## OWNER

Name: INVISION DEVELOPMENT FM WEST LLC
Secondary Name:

Mailing Address: 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599
Owner ID: 1815599
% Ownership: 100.000000
Exemptions:

## LOCATION

Address: PORTER RD, FLOWER MOUND TX 75022

Market Area:
Market Area CD: DC07PASTUR
Map ID: FMDE1

## PROTEST

Protest Status:
Informal Date:
Formal Date:

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| | |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| | |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| | |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $1,484,955 | $0 | $1,482,393 | $2,562 | $0 | $2,562 |
| 2023 | $1,498,715 | $0 | $1,496,153 | $2,562 | $0 | $2,562 |
| 2022 | $1,301,558 | $0 | $1,298,955 | $2,603 | $0 | $2,603 |
| 2021 | $1,301,558 | $0 | $1,299,409 | $2,149 | $0 | $2,149 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 41.3193 | 1,799,868 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, CECIL N III GUARDIAN | PEARSON RANCH LTD P/S | | | | 93-0046346 |
| 11/4/91 | SW | SPECIAL WD | PEARSON, ALICE I | PEARSON, CECIL N III GUARDIAN | | 3093 | 224 | |
| | CONV | CONVERSION | PEARSON, ALICE I | PEARSON, ALICE I | | 1239 | 0513 | |
| | CONV | CONVERSION | WOODGATE, CECIL L. | WIL SMITH INC TR | | 1239 | 509 | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | 1239 | | |
| | CONV | CONVERSION | WIL SMITH INC TR | PEARSON, ALICE I | | 1239 | 0513 | |

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 37952 |
| Geographic ID: | A1618A-000-0002-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1618A T & PRR, TR 2(PT), 24.594 ACRES, OLD DCAD TR #1 |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM WEST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815599 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | 7100 CROSS TIMBERS RD, FLOWER MOUND TX 75022-6215 |
| Market Area: | |
| Market Area CD: | DR05DS03BH |
| Map ID: | FMDE1 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $883,794 | $719,550 | $846,396 | $756,948 | $0 | $756,948 |
| 2023 | $891,829 | $884,632 | $854,104 | $922,357 | $0 | $922,357 |
| 2022 | $774,711 | $572,973 | $741,725 | $605,959 | $0 | $605,959 |
| 2021 | $774,711 | $504,519 | $741,984 | $537,246 | $0 | $537,246 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| Improvement #1: | Residential | Improvement Value: | N/A | Main Area: | 6,632 |
|---|---|---|---|---|---|
| State Code: | E1 | Description: | RES | Gross Building Area: | 8,727 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | Main Area | GB2 | | 1 | 1985 | 1982 | 5,081 |
| MA2 | Second Floor | GB2 | | 1 | 1985 | 1982 | 1,551 |
| AG | Attached Garage | GB2 | | 1 | 1985 | 1982 | 1,551 |
| OP | Open Porch | GB2 | | 1 | 1985 | 1982 | 544 |

Improvement Features

MA Roof Covering: Composition Shingle, Interior Finish: Sheetrock, Heating/Cooling: CHCA, Foundation: SLAB, Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance, Fireplaces: S1 1

| Improvement #2: | Residential | Improvement Value: | N/A | Main Area: | 1,690 |
|---|---|---|---|---|---|
| State Code: | D2 | Description: | RES | Gross Building Area: | 2,940 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA2 | Second Floor | AB2 | | 1 | 1985 | 1985 | 1,326 |
| AG | Attached Garage | AB2 | | 1 | 1985 | 1985 | 962 |
| MA | Main Area | AB2 | | 1 | 1985 | 1985 | 364 |
| OP | Open Porch | AB2 | | 1 | 1985 | 1985 | 144 |
| BL | Balcony | AB2 | | 1 | 1985 | 1985 | 144 |

Improvement Features

BL Foundation: SLAB, Interior Finish: Sheetrock, Roof Covering: Composition Shingle, Heating/Cooling: CHCA, Plumbing: 2

MA Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance

AG Interior Finish: Sheetrock, Plumbing: 2, Roof Covering: Composition Shingle, Foundation: SLAB, Heating/Cooling: CHCA

OP Roof Covering: Composition Shingle, Foundation: SLAB, Heating/Cooling: CHCA, Interior Finish: Sheetrock, Plumbing: 2

| Improvement #3: | Residential | Improvement Value: | N/A | Main Area: | 1,400 |
|---|---|---|---|---|---|
| State Code: | D2 | Description: | RES | Gross Building Area: | 2,065 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | Main Area | AW1 | | 1 | 1985 | 1985 | 1,400 |
| CP | Carport | AW1 | | 1 | 1985 | 1985 | 528 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| OP | Open Porch | AW1 | | 1 | 1985 | 1985 | 119 |
| OP | Open Porch | AW1 | | 1 | 1985 | 1985 | 18 |

**Improvement Features**

MA Heating/Cooling: CHCA, Foundation: SLAB, Interior Finish: Sheetrock, Roof Covering: Composition Shingle, Plumbing: 1, Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance

CP Roof Covering: Composition Shingle, Heating/Cooling: CHCA, Interior Finish: Sheetrock, Foundation: SLAB, Plumbing: 1

| | | | |
|---|---|---|---|
| Improvement #4: | Misc Imp | Improvement Value: N/A | Main Area: 0 |
| State Code: D2 | Description: WELL HOUSE | Gross Building Area: 99 | |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| STORA | Storage 2023 | 1650 | | 1 | 1985 | 1985 | 99 |

**Improvement Features**

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 23.5940 | 1,027,754 | $0.83 | N/A | N/A |
| 1 | HOMESITE | 1.0000 | 43,560 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | C N PEARSON LIVING TRUST | PEARSON RANCH LTD P/S | | | | 93-0046347 |
| 10/30/91 | SW | SPECIAL WD | PEARSON, ALICE I | C N PEARSON LIVING TRUST | | 3093 | 228 | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |
| | CONV | CONVERSION | PEARSON, C N | PEARSON, ALICE I | | | | |

# PID 160770 | 7400 CROSS TIMBERS RD

Document    Page 14 of 25

Property Summary Report | 2025
Sumit Services | Denton Central Appraisal District

## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 160770 |
| Geographic ID: | A1462A-000-0002-000A |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1462A H. CAMPBELL, TR 2A(PT), 1.6378 ACRES |
| Property Use: | |

### OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM WEST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815599 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### LOCATION

| | |
|---|---|
| Address: | 7400 CROSS TIMBERS RD, FLOWER MOUND TX 75022-6221 |
| Market Area: | |
| Market Area CD: | DR11NW03F |
| Map ID: | FMDE1 |

### PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $68,372 | $164,612 | $0 | $232,984 | $0 | $232,984 |
| 2023 | $142,685 | $171,656 | $0 | $314,341 | $0 | $314,341 |
| 2022 | $145,175 | $118,692 | $0 | $263,867 | $0 | $263,867 |
| 2021 | $145,175 | $104,891 | $0 | $250,066 | $0 | $250,066 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| | | | |
|---|---|---|---|
| Improvement #1: Residential | Improvement Value: N/A | Main Area: | 2,564 |
| State Code: A1 | Description: RES | Gross Building Area: | 3,188 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | Main Area | AV1 | | 1 | 1985 | 1980 | 2,564 |
| CP | Carport | AV1 | | 1 | 1985 | 1980 | 600 |
| OP | Open Porch | AV1 | | 1 | 1985 | 1980 | 24 |

**Improvement Features**

MA Foundation: SLAB, Heating/Cooling: CHCA, Interior Finish: Sheetrock, Roof Covering: Composition Shingle, Plumbing: 2, Number of Bedrooms: 2, Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| 1 | HOMESITE | 1.6378 | 71,342.57 | $0.97 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 8/24/12 | ER | TRANSFERRED IN ERROR | DENTON, COUNTY OF | 1309 LLC | | | | ERROR |
| 8/24/12 | WD | WARRANTY DEED | 1309 LLC | DENTON, COUNTY OF | | | | 2012-97139 |
| 8/26/04 | WD | WARRANTY DEED | PEARSON, MAURINE | 1309 LLC | | | | 04-113877 |
| 6/28/90 | WD | WARRANTY DEED | PEARSON, C N | PEARSON, MAURINE | | 2804 | 224 | |

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 250738 |
| Geographic ID: | A1414A-000-0006-000A |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1414A J. WEST, TR 6A, 25.3360 ACRES |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM WEST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815599 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | FLOWER MOUND TX 75022 |
| Market Area: | |
| Market Area CD: | WH60S05S |
| Map ID: | FMDE1 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $1,023,609 | $226,391 | $988,140 | $261,860 | $0 | $261,860 |
| 2023 | $1,099,645 | $150,289 | $1,061,555 | $188,379 | $0 | $188,379 |
| 2022 | $954,986 | $111,506 | $921,639 | $144,853 | $0 | $144,853 |
| 2021 | $954,986 | $97,917 | $921,962 | $130,941 | $0 | $130,941 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| | | | | |
|---|---|---|---|---|
| Improvement #1: | Residential | Improvement Value: N/A | Main Area: | 960 |
| State Code: | D2 | Description: RES | Gross Building Area: | 2,040 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | Main Area | FW1 | | 1 | 2005 | 2005 | 960 |
| DG | Detached Garage | FW1 | | 1 | 2005 | 2005 | 440 |
| OP | Open Porch | FW1 | | 1 | 2005 | 2005 | 600 |
| OP | Open Porch | FW1 | | 1 | 2005 | 2005 | 40 |

**Improvement Features**

MA Heating/Cooling: CHCA, Roof Covering: Composition Shingle, Foundation: SLAB, Plumbing: 2, Interior Finish: Sheetrock, Number of Bedrooms: 3, Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance, Bedrooms: 3, Fireplaces: S1 1

| | | | | |
|---|---|---|---|---|
| Improvement #2: | Misc Imp | Improvement Value: N/A | Main Area: | 0 |
| State Code: | D2 | Description: SHOP | Gross Building Area: | 5,000 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| BARN | Barn 2023 | 1630 | | 1 | 2000 | 1994 | 5,000 |

**Improvement Features**

| | | | | |
|---|---|---|---|---|
| Improvement #3: | Misc Imp | Improvement Value: N/A | Main Area: | 0 |
| State Code: | D2 | Description: BARN | Gross Building Area: | 12,700 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| BARN | Barn 2023 | 1600 | | 1 | 1994 | 1994 | 6,000 |
| BARN | Barn 2023 | 1600 | | 1 | 1994 | 1994 | 4,000 |
| BARN | Barn 2023 | 1600 | | 1 | 1994 | 1994 | 2,700 |

**Improvement Features**

| | Improvement #4: | Misc Imp | Improvement Value: | N/A | | Main Area: | 0 |
| State Code: | D2 | Description: | BARN | | | Gross Building Area: | 1,520 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| BARN | Barn 2023 | 1610 | | 1 | 1994 | 1994 | 1,120 |
| OP | Open Porch | 1610 | | 1 | 1994 | 1994 | 400 |

Improvement Features

| | Improvement #5: | Misc Imp | Improvement Value: | N/A | | Main Area: | 0 |
| State Code: | D2 | Description: | BARN | | | Gross Building Area: | 480 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| BARN | Barn 2023 | 1620 | | 1 | 1994 | 1994 | 280 |
| OP | Open Porch | 1620 | | 1 | 1994 | 1994 | 200 |

Improvement Features

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 22.5360 | 981,668.1 | $0.83 | N/A | N/A |
| 3 | PASTURE | 2.6000 | 113,256 | $0.83 | N/A | N/A |
| 1 | HOMESITE | 0.2000 | 8,712 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 12/27/22 | ER | TRANSFERRED IN ERROR | INVISION DEVELOPMENT FM | 1309 LLC | | | | TRANS IN ERROR |
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE & JO | | | | 02-149066 |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

# GENERAL INFO

## ACCOUNT

Property ID: 566720
Geographic ID: SD4256A-0000001-0000-0001-R
Type:
Zoning:
Agent: Haynes Tax and Consulting LLC
Legal Description: CUMMINGS FAMILY FARM BLK 1 LOT 1A(PT)

Property Use:

## OWNER

Name: INVISION DEVELOPMENT FM WEST LLC
Secondary Name:

Mailing Address: 2140 E SOUTHLAKE BLVD STE L203
SOUTHLAKE TX US 76092-6599
Owner ID: 1815599
% Ownership: 100.000000
Exemptions:

## LOCATION

Address: 7007 HAWK RD, FLOWER MOUND TX 75022

Market Area:
Market Area CD: DS01PASTUR
Map ID: FMDE1

## PROTEST

Protest Status:
Informal Date:
Formal Date:

# VALUES

## CURRENT VALUES

Land Homesite: N/A
Land Non-Homesite: N/A
Special Use Land Market: N/A
Total Land: N/A

Improvement Homesite: N/A
Improvement Non-Homesite: N/A
Total Improvement: N/A

Market: N/A
Special Use Exclusion (-): N/A
Appraised: N/A
Value Limitation Adjustment (-): N/A

Net Appraised: N/A

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|------|------------|-------------|----------------------|-----------|--------------------------|---------------|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $525,206 | $0 | $524,300 | $906 | $0 | $906 |
| 2023 | $741,559 | $0 | $0 | $741,559 | $0 | $741,559 |
| 2022 | $687,391 | $0 | $0 | $687,391 | $0 | $687,391 |
| 2021 | $687,391 | $0 | $0 | $687,391 | $0 | $687,391 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 14.6140 | 636,585.8 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SW | SPECIAL WD | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174627 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |

**Fill in this information to identify the case:**

Debtor name  **RVFW LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  **25-40609 btr**

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Knight Family Ventures, LLC**<br>Creditor's Name<br>**Attn:  Rob Knight**<br>**3451 Serendipity Hills Trail**<br>**Corinth, TX 76210**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property and improvements as set out on Schedule A.55** | $10,732,037.12 | $29,360,000.00 |

Creditor's email address, if known

**Date debt was incurred**
**12/27/2022**
**Last 4 digits of account number**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Radbourne Family Holdings FM LLC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** | **Radbourne Family Holdings FM LLC**<br>Creditor's Name<br>**c/o Tyler Radbourne**<br>**2140 Southlake Boulevard, Suite L-203**<br>**Southlake, TX 76092**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property and improvements as set out on Schedule A.55** | $145,050.30 | $29,360,000.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **RVFW LLC**
_____    Case number (if known)    **25-40609 btr**
Name

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Knight Family Ventures, LLC

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$10,877,087.42** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Knight Family Ventures, LLC**<br>**Attn: Greg Turner**<br>**Walker & Doepfner, PLLC**<br>**16479 Dallas Parkway, Suite 500**<br>**Addison, TX 75001** | Line **2.1** | |
| **Munsch Hardt Kopf & Harr, P.C.**<br>**Attn: Michael B. Franklin**<br>**500 N. Akard Street, Suite 4000**<br>**Dallas, TX 75201-6605** | Line **2.1** | |
| **Phelps Dunbar LLP**<br>**Attn: Joe Reimer**<br>**Wells Fargo Tower**<br>**201 Main Street, Suite 1350**<br>**Fort Worth, TX 76102** | Line **2.1** | |

| Fill in this information to identify the case: |
|---|

Debtor name    **RVFW LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    **25-40609 btr**

■ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Delaware Division of Corporations**
**401 Federal Street, Suite 4**
**Dover, DE 19901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address

**Denton County Tax**
**Assessor/Collector**
**P O Box 90223**
**Denton, TX 76202**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$5,935.52**    Priority amount: **$0.00**

Date or dates debt was incurred
**2023**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **RVFW LLC** | | Case number (if known) | **25-40609 btr** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public
Accounts
Revenue Acctg Div - Bankruptcy
Section
P. O. Box 13528
Austin, TX 78711-3528**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Workforce Commission
TWC-Regulatory Integrity Div.
101 E. 15th Street
Austin, TX 78778-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney's Offices
110 North College Avenue, Suite
700
Tyler, TX 75702-0204**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **RVFW LLC** | | Case number (if known) | **25-40609 btr** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.95 |
|---|---|---|---|
| | **CoServe**<br>**Denton County Electric Cooperative, Inc.**<br>**P O. Box 734803**<br>**Dallas, TX 75373-4803** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366,605.33 |
|---|---|---|---|
| | **ES Management**<br>**2140 E. Southlake Boulevard, Suite L-203**<br>**Southlake, TX 76092** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Operating expenses__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reginitech LLC**<br>**P O Box 1526**<br>**Whitefish, MT 59937** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 5,935.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 367,339.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 373,274.80 |